Opinion issued April 17, 2003


 

 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00060-CV

____________


CALVIN FREEMAN AND KARMAN FREEMAN AND ALL OCCUPANTS,
Appellants


V.


GUSTAVO GUZMAN, Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 783,996






O P I N I O N

 According to information provided by the district clerk, this is an appeal from
a judgment signed on January 13, 2003. The notice of appeal was filed on January
17, 2003. 

 On March 27, 2003, the Court issued an order stating as follows:


Appellant has not paid the appellate filing fee of $125. See Tex. R. App.
P. 5; Order Regarding Fees Charged in Civil Cases in the Supreme
Court and the Courts of Appeals, Misc. Docket No. 98-9120 (Tex. July
21, 1998). Unless within 15 days of the date of this Order appellant
pays such filing fee to the Clerk of this Court, the appeal will be
dismissed. See Finley v. J.C. Pace Ltd., 4 S.W.3d 319, 321-22 (Tex.
App.- Houston [1st Dist.] 1999) (order); Negrini v. Smith, Nelson &
Clement P.C., 998 S.W.2d 362, 363 (Tex. App.- Houston [1st Dist.]
1999, no pet.). 


 To date, appellants have not paid the filing fee.

 Accordingly, appellants' appeal is dismissed for want of prosecution. 
See Tex. R. App. P. 37.3(b); 5; 42.3(b). 

PER CURIAM

Panel consists of Justices Hedges, Alcala, and Hanks.